UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREW DENNEY, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) LESTER'S, LLC, et al. ) ) Defendants. ) | Case No. 4:12-CV-00377 |

PLAINTIFF'S UNOPPOSED MOTION
FOR
(1) CERTIFICATION OF AN FLSA CLASS AND RULE 23 CLASS
FOR SETTLEMENT PURPOSES;
(2) PRELIMINARY APPROVAL OF A CLASS AND COLLECTIVE ACTION
SETTLEMENT AGREEMENT;
(3) APPROVAL OF NOTICE TO THE CLASS AND COLLECTIVE ACTION
MEMBERS; AND
(4) APPOINTMENT OF CLASS COUNSEL FOR THE FLSA AND RULE 23 CLASSES
(4) SCHEDULING A HEARING FOR FINAL APPROVAL OF THE PARTIES'
CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT

Plaintiff Andrew Denney, on behalf of himself and all others similarly situated ("Named Plaintiff"), through his attorneys ("Class Counsel"), hereby moves for (1) certification of two classes for settlement purposes – a class under the Fair Labor Standards Act ("FLSA Class") and a class under Rule 23 ("Rule 23 Class"); (2) preliminary approval of the class and collective action settlement agreement; (3) approval of notices to the FLSA Class and Rule 23 Class members; and (4) appointment of Class Counsel as counsel for the FLSA Class and the Rule 23 Class (5) scheduling a hearing for final approval of the parties' settlement agreement. Defendants have reviewed and do not oppose this motion. In support of this motion, Named Plaintiff contemporaneously submits his memorandum in support of this motion.

SLC-6892981-1

Respectfully submitted,

**WEINHAUS & POTASHNICK**

/s Mark Potashnick
Mark Potashnick, E.D. Mo. # 41315MO
11500 Olive Blvd., Suite 133
St. Louis, Missouri  63141
Telephone: (314) 997-9150
Facsimile: (314) 997-9170
markp@wp-attorneys.com

**LIBERMAN, GOLDSTEIN & KARSH**
Eli Karsh, E.D. Mo. # 43061MO
230 South Bemiston, Suite 1200
St. Louis, Missouri  63105
Telephone: (314) 862-3333 ext. 13
Facsimile: (314) 862-0605
elikarsh@aol.com
*Attorneys for Plaintiff Andrew Denney*
*and the Opt-In Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served on the following attorneys of record for Defendants by electronic case filing on the date stated in the Court's electronic case filing records:

Mr. Gerard K. Rodriguez
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500 — telephone
(314) 480-1505 — facsimile
*Attorneys for Defendants*

Ms. Christi Hilker Vaglio
Mr. Timothy A. Hilton
4801 Main St, Suite 1000
Kansas City, MO 64112
(816) 983-8000 — telephone
(816) 983-8080 — facsimile
*Admitted Pro Hac Vice*

/s Mark Potashnick
Attorney for Plaintiff

SLC-6892981-1                              2

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of April, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Mark Potashnick, Esq.
Weinhaus & Potashnick
11500 Olive Blvd., Suite 133
St. Louis, MO  63141

Eli Karsh, Esq.
Liberman, Goldstein & Karsh
230 South Bemiston, Suite 1200
St. Louis, Missouri 63105

*Attorneys for Plaintiff*

                                              /s/Gerard K. Rodriguez
                                              *Attorney for Defendants*